ACCEPTED
03-15-00153-CR
4518664
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/16/2015 4:45:21 PM
JEFFREY D. KYLE
CLERK

**APPELLATE CAUSE NO. 03-15-00153-CR**
**(TRIAL COURT CAUSE NO. CR2013-267)**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/16/2015 4:45:21 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE COURT OF APPEALS** |
| | § | |
| | § | |
| | § | |
| **V.** | § | **THIRD JUDICIAL DISTRICT** |
| | § | |
| **FRANCES ANITA ROBINSON,** | § | |
| **Defendant** | § | **FOR THE STATE OF TEXAS** |

## COVER - APPLICATION FOR STAY PENDING DISPOSITION OF APPEAL

TO THE HONORABLE CLERK OF SAID COURT:

Now comes the State of Texas, Appellant in said cause pursuant to Article 44.01 of the Code of Criminal Procedure, and submits the attached Application for Stay in the Court of Appeals. Said Application was originally filed in the District Court, following the procedure from a prior State's Appeal. Please present the attached Application for Stay to the Honorable Court of Appeals.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley**
SBN: 24088254
Assistant District Attorney
150 N. Seguin Avenue, Ste. #307
New Braunfels, Texas 78130
(830) 221-1300
Fax (830) 608-2008
E-mail: preslj@co.comal.tx.us
Attorney for the State

1

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, hereby certify that a true and correct copy of the attached Application for Stay Pending Disposition of Appeal was sent to FRANCIS ANITA ROBINSON's attorney of record in this matter:

Mr. Charles Sullivan
csullivan@lawcsullivan.com
308 Campbell Dr.
Canyon Lake, TX  78133
Fax: 210-579-6448
*Attorney for Appellee on Appeal*

By electronic service to the above-listed email address through efile.txcourts.gov on this the 16th day of March, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**

## TRIAL COURT CAUSE NO. CR2013-267

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE COURT OF APPEALS** |
| | § | |
| | § | |
| **V.** | § | **THIRD JUDICIAL DISTRICT** |
| | § | |
| **FRANCES ANITA ROBINSON,** | § | |
| **Defendant** | § | **FOR THE STATE OF TEXAS** |

## APPLICATION FOR STAY PENDING DISPOSITION OF APPEAL

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellant in said cause pursuant to Article 44.01 of the Code of Criminal Procedure, by and through its Criminal District Attorney of Comal County, Jennifer Tharp, and requests this Honorable Court to stay all proceedings in the above-styled and –numbered cause pending disposition of a pre-trial appeal in said cause. *See* Tex. Code Crim. Proc. Ann. art. 44.01(a)(5), (e). In support of said Application, the State would show unto the Court the following:

I.

The Defendant/Appellee, FRANCES ANITA ROBINSON, has been charged by indictment with Intoxication Manslaughter with a Vehicle, a second-degree felony.

1

CERTIFIED TO BE A TRUE AND
CORRECT COPY



HEATHER N. KELLAR
COMAL COUNTY
DISTRICT CLERK
PAGE___1___OF___10___

## II.

On February 18, 2015, the District Court Judge sitting in the 207th Judicial District Court of Comal County, Texas, the Honorable Bruce Boyer, granted Appellee's "Motion to Suppress" and signed the Order to Suppress Blood Test Analysis Results.

## III.

On March 10, 2015, the Criminal District Attorney for Comal County, Texas filed a Notice of Appeal and included a Certificate of Appeal in the instant Cause. *See* Exhibit A. March 10, 2015 is within twenty days after the trial court's order upon which the State could file this appeal pursuant to 44.01(d) of the Texas Code of Criminal Procedure and Rule 4.1(a) of the Texas Rules of Appellate Procedure.

## IV.

This Application for Stay is filed pursuant to article 44.01(e) of the Texas Code of Criminal Procedure.

## V. PRAYER

WHEREFORE, PREMISES CONSIDERED, the State respectfully prays that all further proceedings in the State of Texas vs. FRANCES ANITA ROBINSON, trial court cause number CR2013-267, be stayed until such time as the appeal in said case be disposed by this Honorable Court.

2

CERTIFIED TO BE A TRUE AND CORRECT COPY



HEATHER N. KELLAR
COMAL COUNTY
DISTRICT CLERK
PAGE____ of____

Respectfully submitted,

Jennifer Tharp, SBN 24042022
tharpj@co.comal.tx.us
Criminal District Attorney
Comal County, Texas
Comal County Courthouse Annex
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130-5191
(830) 221-1300 Telephone
(830) 608-2008 Fax

3

CERTIFIED TO BE A TRUE AND
CORRECT COPY

HEATHER N. KELLAR
COMAL COUNTY
DISTRICT CLERK
PAGE 3 OF 10

**THE STATE OF TEXAS** §

**COUNTY OF COMAL** §

BEFORE ME, the undersigned authority, on this day personally appeared Jennifer Tharp, the elected Criminal District Attorney of Comal County, Texas, who is the attorney for the State of Texas, and swore that the statements contained in the above and foregoing Application for Stay Pending Disposition of Appeal are true and correct.

_____
Jennifer Tharp

SUBSCRIBED AND SWORN to before me, this the 10th day of March, 2015, to certify which witness my hand and seal of office.

CHARLOTTE B. POPP
Notary Public, State of Texas
My Commission Expires 05-10-2018

_____
Notary Public in and for
The State of Texas

4

CERTIFIED TO BE A TRUE AND
CORRECT COPY

HEATHER N. KELLAR
COMAL COUNTY
DISTRICT CLERK
PAGE 4 OF 10

## CERTIFICATE OF SERVICE

I, Jennifer Tharp, the Criminal District Attorney for Comal County, Texas, hereby certify that a true and correct copy of the above and foregoing Application for Stay Pending Disposition of Appeal was sent to FRANCIS ANITA ROBINSON's attorney of record in this matter:

Mr. Charles Sullivan
308 Campbell Dr.
Canyon Lake, TX 78133
Fax: 210-579-6448
*Attorney for Appellee on Appeal*

By fax to the above-listed number on this the 10th day of March, 2015.

Jennifer Tharp

5

CERTIFIED TO BE A TRUE AND CORRECT COPY

HEATHER N. KELLAR
COMAL COUNTY
DISTRICT CLERK
PAGE 5 OF 10

# EXHIBIT A

6

CERTIFIED TO BE A TRUE AND
CORRECT COPY

HEATHER N. KELLAR
COMAL COUNTY
DISTRICT CLERK
PAGE 6 OF 10

FILED FOR RECORD

HEATHER N. KELLAR
CLERK DISTRICT COURT
COMAL COUNTY, TEXAS
BY

MAR 10 201_

At ___ o'clock ___ M

DEPUTY

# CAUSE NO. CR2013-267

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **V.** | § | **207TH JUDICIAL DISTRICT** |
| | § | |
| | § | |
| **FRANCES ANITA ROBINSON,** | § | |
| **Defendant** | § | **COMAL COUNTY, TEXAS** |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the State of Texas, by and through the Comal County Criminal District Attorney, Jennifer Tharp, and gives Notice of Appeal in this Cause in order to appeal the Trial Court's Order of February 18, 2015, wherein the Court granted the Motion to Suppress filed by Defendant/Appellee.

### I.

The Trial Court signed the Order to Suppress Blood Test Analysis Results on February 18, 2015. The Comal County Criminal District Attorney's Office received notice that the evidence had been suppressed on March 5, 2015, through a letter from the Court dated February 23, 2015.

### II.

The State desires to appeal said order. The State's Notice of Appeal is due to be filed on or before the expiration of twenty (20) days, or by the end of the next

1

CERTIFIED TO BE A TRUE AND CORRECT COPY



HEATHER N. KELLAR
COMAL COUNTY
DISTRICT CLERK
PAGE___ OF___

day which is not a Saturday, Sunday or legal holiday. In this case, said Notice is due to be filed by the end of March 10, 2015.

## III.
## CERTIFICATE OF APPEAL

I, Jennifer Tharp, the Comal County Criminal District Attorney, further file this Certificate of Appeal pursuant to article 44.01(a)(5) of the Texas Code of Criminal Procedure.

As to the appeal of the February 18, 2015 Order to Suppress Blood Test Analysis Results in Cause Number CR2013-267, styled *The State of Texas v. Frances Anita Robinson*, I hereby certify that the appeal is not taken for the purpose of delay and that the excluded evidence is of substantial importance in the case.

Respectfully submitted,

Jennifer Tharp, SBN 24042022
tharpj@co.comal.tx.us
Criminal District Attorney
Comal County, Texas
Comal County Courthouse Annex
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130-5191
(830) 221-1300 Telephone
(830) 608-2008 Fax

2

CERTIFIED TO BE A TRUE AND CORRECT COPY

HEATHER N. KELLAR
COMAL COUNTY
DISTRICT CLERK
PAGE 9 OF 10

**THE STATE OF TEXAS** §

**COUNTY OF COMAL** §

BEFORE ME, the undersigned authority, on this day personally appeared Jennifer Tharp, the elected Criminal District Attorney of Comal County, Texas, who is the attorney for the State of Texas, and swore that the statements contained in the above and foregoing Notice of Appeal and Certificate of Appeal are true and correct.

_____
Jennifer Tharp

SUBSCRIBED AND SWORN to before me, this the 10th day of March, 2015, to certify which witness my hand and seal of office.

_____
Notary Public in and for the
State of Texas

CHARLOTTE B. POPP
Notary Public, State of Texas
My Commission Expires 06-10-2015

3

CERTIFIED TO BE A TRUE AND
CORRECT COPY

HEATHER N. KELLAR
COMAL COUNTY
DISTRICT CLERK
PAGE 9 OF 10

## CERTIFICATE OF SERVICE

I, Jennifer Tharp, the Criminal District Attorney for Comal County, Texas, hereby certify that a true and correct copy of the above and foregoing Notice of Appeal and Certificate of Appeal was sent to FRANCIS ANITA ROBINSON's attorney of record in this matter:

Mr. Charles Sullivan
308 Campbell Dr.
Canyon Lake, TX 78133
Fax: 210-579-6448
*Attorney for Appellee on Appeal*

By fax to the above-listed number on this the 10th day of March, 2015.

Jennifer Tharp

STATE OF TEXAS
COUNTY OF COMAL
I certify this to be a true and correct copy of the record FILED & RECORDED in the Official Court records of District Court on this date and time stamped thereon.

Heather N. Kellar
Comal County District Clerk
By

CERTIFIED TO BE A TRUE AND CORRECT COPY

HEATHER N. KELLAR
COMAL COUNTY
DISTRICT CLERK
PAGE 10 OF 10